**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

| | | |
|---|---|---|
| **Re** ) | | |
| ) | | In Chapter 7 Proceeding |
| **GAYLE ELIZABETH OWENS** ) | | No. 19-42296-BDL |
| ) | | |
| ) | | Order Converting Case |
| Debtor(s) ) | | from Chapter 7 to Chapter 13 |
| ) | | |
| ) | | |
| _____ ) | | |

It is hereby ORDERED that this case is converted from a case under Chapter 7 to a case under Chapter 13.

/// end of order ///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor